**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jon C Miracle** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Traci L Miracle** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF OHIO

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:   List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Advantage Leasing Corp**<br><br>Description of property securing debt: **1997 Peterbuilt 379 Conventional 37 Inoperable. Value only to extent that it could be sold for parts.This debt includes obligations on (2) Talbert trailers.** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **Advantage Leasing Corp**<br><br>Description of property securing debt: **2000 Talbert Trailer Semi double. Value is purchase price in 2017. Crosss collateralized with Peterbuilt.** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **Advantage Leasing Corp** | ■ Surrender the property. | ■ No |

| Debtor 1 | **Jon C Miracle** | | |
|---|---|---|---|
| Debtor 2 | **Traci L Miracle** | Case number (*if known*) | |

| | | | |
|---|---|---|---|
| name: | | ☐ Retain the property and redeem it. | ☐ Yes |
| | | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| Description of property securing debt: | **2000 Talbert Trailer Semi double. Value is purchase price in 2017. Cross collateralized with Peterbuilt.** | ☐ Retain the property and [explain]: _____ | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Auto Now Acceptance Co.** | ☐ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| | | ■ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| Description of property securing debt: | **2020 Kaufman Gooseneck Trailer TL 0 miles Value is retail. Recent purchase price.** | ☐ Retain the property and [explain]: _____ | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Auto Now Acceptance Co.** | ☐ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| | | ■ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| Description of property securing debt: | **2020 Kaufman TT 0 miles Value is retail - previous purchase price** | ☐ Retain the property and [explain]: _____ | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Burhill Leasing** | ☐ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| | | ■ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| Description of property securing debt: | **2016 Chev Silverado 68,678+ miles LEASED VEHICLE - Owner is Burhill Leasing Corp. Lienholder is Security National Bank.** | ☐ Retain the property and [explain]: _____ | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Freedom Road Financial** | ■ Surrender the property. | ■ No |
| | | ☐ Retain the property and redeem it. | |
| | | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ Yes |
| Description of property securing debt: | **2016 RZR Turbo - 2 seat Side By Side   Value is estimated - could be between $12,000 - $15,000** | ☐ Retain the property and [explain]: _____ | |

| | | | |
|---|---|---|---|
| Creditor's name: | **General Electric CU** | ■ Surrender the property. | ■ No |
| | | ☐ Retain the property and redeem it. | |
| | | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ Yes |
| Description of property securing debt: | **Debt consolidation of 1993 Jeep Grand Cherokee** | ☐ Retain the property and [explain]: _____ | |

| | | | |
|---|---|---|---|
| Creditor's | **Santander Consumer USA** | ☐ Surrender the property. | ☐ No |

| Debtor 1 | **Jon C Miracle** | | |
|---|---|---|---|
| Debtor 2 | **Traci L Miracle** | Case number (*if known*) | |

| | | | |
|---|---|---|---|
| name: | | ☐ Retain the property and redeem it. | ■ Yes |
| Description of property securing debt: | **2018 Jeep Wrangler Approx 35,000 miles LEASED vehicle. Driven by son and paid for by son. Son does all maintenance and pays for insurance.** | ☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Son will continue to pay lease** | |
| Creditor's name: | **Wright Patt Credit Union** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Description of property securing debt: | **2017 Jeep Grand Cherokee Approx 24,000 miles** | | |
| Creditor's name: | **Wright Patt Credit Union** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Description of property securing debt: | **2018 GMC Sierra DuromaxPT Purchased at 15,457 miles** | | |
| Creditor's name: | **Wright Patt Credit Union** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Description of property securing debt: | **2016 Steal Stealth Trailer TT Purchased for $33,757 in June 2019. Current value unknown.** | | |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | | **Will the lease be assumed?** |
|---|---|---|
| Lessor's name: | **Advantage Leasing Corp** | ■ No<br><br>☐ Yes |
| Description of leased Property: | **2000 Talbert Trailer VIN 40FE03639Y1019271** | |
| Lessor's name: | **Advantage Leasing Corp** | ■ No<br><br>☐ Yes |
| Description of leased Property: | **2000 Talbert trailer VIN 40FE02933Y1019272** | |
| Lessor's name: | | |

| Debtor 1 | **Jon C Miracle** | | Case number (*if known*) | |
| Debtor 2 | **Traci L Miracle** | | | |

| | **Advantage Leasing Corp** | ■ No |
| | | ☐ Yes |

| Description of leased Property: | **1997 Peterbuilt 379 - Concentional 37** |

| Lessor's name: | **Burhill Leasing** | ☐ No |
| | | ■ Yes |

| Description of leased Property: | **2016 Chevy Silverado** |

| Lessor's name: | **Donald Watkins** | ☐ No |
| | | ■ Yes |

| Description of leased Property: | **Lease with Purchase Option for 232 Overbrook Drive Monroe OH** |

**Part 3:   Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| X | **/s/ Jon C Miracle** | X | **/s/ Traci L Miracle** |
| | **Jon C Miracle** | | **Traci L Miracle** |
| | Signature of Debtor 1 | | Signature of Debtor 2 |

| Date | **February 5, 2020** | Date | **February 5, 2020** |